**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00216-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  WAYNE DENEAL LUCKETT,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

**Blackburn, J.**

The matter is before me on the government's **Motion For Preliminary Order of Forfeiture** [#103][1] filed March 6, 2013. After reviewing the motion, the file, and the applicable law, I conclude that the motion should be granted. The court finds the following:

    1.  That the United States and defendant, Wayne Deneal Luckett, entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924, 28 U.S.C. § 2461, and Rule 32.2 of the Federal Rules of Criminal Procedure; and

    2.  That prior to the disposition of the assets, the Bureau of Alcohol Tobacco and Firearms, or its designated sub-custodian, is required to seize the forfeited property.

---

[1] "[#103]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Case 1:11-cr-00216-REB   Document 105   Filed 03/07/12   USDC Colorado   Page 2 of 2

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

1.  That the government's **Motion For Preliminary Order of Forfeiture** [#103] filed March 6, 2012, is **GRANTED**;

2.  That the interest of the defendant, Wayne Deneal Luckett, in the Bryco-Arms Jennings Nine, 9mm pistol, Serial number 1450661, is forfeited to the United States;

3.  That the Bureau of Alcohol Tobacco and Firearms, or its designated sub-custodian, is directed to seize the property subject to forfeiture; and

4.  That this order shall become final as to the defendant at the time of the sentencing and shall be made part of the sentence and included in the judgment.

Dated March 7, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2